TRINA A. HIGGINS, United States Attorney (#7349)
PETER REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

FILED US District Court-UT
OCT 16 '24 AM11:08

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLER DAVID HOLT,<br><br>Defendant. | **INDICTMENT**<br><br>Count I: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute<br><br>Case: 2:24-cr-00326<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 10/15/2024 |
|---|---|

The Grand Jury Charges:

COUNT I
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about September 28, 2024, in the District of Utah,

KYLER DAVID HOLT,

defendant herein, did knowingly and intentionally possess with intent to distribute

Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. §

1

812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

PETER REICHMAN
Special Assistant United States Attorney